IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 23-cv-02336-REB-SKC**

JOHN DOE

    Plaintiff,

v.

JENNIFER FARMER

    Defendant.

---

**STIPULATED MOTION FOR PROTECTIVE ORDER**

---

Plaintiff John Doe ("Plaintiff"), by and through counsel, and Defendant, Jennifer Farmer ("Defendant"), by and through counsel, hereby submit this Stipulated Motion for Protective Order as follows:

**CERTIFICATION OF CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1(a)1**

Counsel for Plaintiff certifies that he has conferred in good faith with counsel for Defendant regarding the attached proposed Protective Order. Counsel for Defendant stipulates to the requested relief herein.

**MOTION**

1.    The decision to issue a protective order is within the discretion of the trial court. *Wang v. Hsu*, 919 F.2d 130, 130 (10th Cir. 1990).

2.    Fed. R. Civ. P. 26(c)(1) provides that a party may obtain a protective order on a showing of good cause to "protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense[.]"

3.    In this action concerning violations of 15 USC § 6851 via disclosure of intimate visual depictions, good cause exists for entering the proposed Protective Order because it is likely

that the parties will be required to produce sensitive information though the distribution of graphic communications regarding the same, as well as potentially sensitive information concerning matters of personal privacy relating to the Plaintiff, Defendant, and certain non-parties. This information should be protected from dissemination to the public and persons who are not otherwise involved in this litigation.

4. As set forth above, good cause exists for entry of the proposed Protective Order and the proposed Order will provide an efficient mechanism to facilitate the exchange of information and documents while protecting the confidential nature of such material.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court enter the proposed Protective Order submitted herewith as an Order of this Court.

DATED this 19th day of December, 2023.

| Baker Law Group, LLC | Garfield & Hecht, P.C. |
|---|---|
| By: */s/Tyler S. Gurnee* <br> Joseph A. O'Keefe, Esq. <br> Tyler S. Gurnee, Esq. <br> 8301 E Prentice Ave, #405 <br> Greenwood Village, CO 80111 <br> Tel.: (719) 600-5450 <br> Fax: (303) 362-9154 <br> joseph@jbakerlawgroup.com <br> *Attorneys for Plaintiff* | By: */s/Andrew Atkins* <br> *Christopher Bryan, Esq.* <br> *Andrew Atkins. Esq.* <br> *625 Easy Hyman Avenue* <br> *Suite 201* <br> *Aspen, CO 81611* <br> *Tel.: (970) 925-1936* <br> *Fax: (970)925-3008* <br> cbryan@garfieldhecht.com <br> natkins@garfieldhecht.com <br> *Attorneys for Defendants* |