IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02336-REB-JPO

**JOHN DOE**

    Plaintiff,

v.

**JENNIFER FARMER**

    Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, John Doe, and Defendant, Jennifer Farmer, by and through their respective counsel, hereby stipulate to the dismissal of the above-captioned action with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).

1. This stipulation is entered into voluntarily and with the consent of all parties involved.

2. All claims and counterclaims asserted in this action are hereby dismissed with prejudice.

3. This stipulation shall not prejudice or affect any rights or claims that any party may have in any other proceeding.

4. The Court shall retain jurisdiction for the purpose of enforcing this stipulation and any settlement agreement entered into between the parties.

5. The parties agree that this stipulation is binding upon them and their respective agents, representatives, successors, and assigns.

6.   This stipulation shall take effect immediately upon approval by the Court.

Dated: February 6, 2024

BAKER LAW GROUP, LLC                                    GARFIELD & HECHT, P.C.

<u>s/Tyler S. Gurnee</u>                                             <u>/s/ Andrew Atkins</u>
Joseph O'Keefe, CO Bar # 52228,                         Christopher D. Bryan
Tyler S. Gurnee, CO Bar #50250                          Andrew Atkins
8301 E Prentice Ave, #405                               625 East Hyman Avenue, Suite 201
Greenwood Village, CO 80111                             Aspen, Colorado 81611
E-mail: joseph@jbakerlawgroup.com                       Telephone: (970) 925-1936
E-mail: tyler@jabkerlawgroup.com                        Fax: (970) 925-3008
*Attorneys for Plaintiff*                               E-mail: cbryan@garfieldhecht.com
                                                        E-mail: aatkins@garfieldhecht.com
                                                        *Attorneys for Defendant*

2