IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 23-cv-02336-REB-JPO

JOHN DOE,

    Plaintiff,

v.

JENNIFER FARMER,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

This matter before me on the **Stipulation of Dismissal With Prejudice** [#32],[1] filed February 6, 2024. After reviewing the stipulation and the record, I approve the stipulation.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#32] is approved;

2. That all claims are dismissed with prejudice, with each party to bear its own attorney fees and costs;

3. That all deadlines and hearings, including the Final Pretrial/Trial Preparation Conference set February 27, 2025, and the five day jury trial set to commence March 17, 2025, are vacated; and

4. That this case is closed.

---

[1] "[#32]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2

Dated February 6, 2024, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

2